## Wright *et al.* v. Dambman *et. al.*

APPEAL from Calhoun Circuit Court.

Tried before the Hon. LEROY F. BOX.

No counsel marked as appearing for appellant.

CALDWELL, JOHNSTON & ACKER, *contra.*

Affirmed for want of assignment of errors.

PER CURIAM.

---

## Dunn v. Wallace.

APPEAL from Mobile Circuit Court.

Tried before the Hon. JAMES T. JONES.

J. I. CLEMMONS, for appellant.

No counsel marked as appearing for appellee.

This was an action of trespass, brought by the appellee against the appellant. There were judgment for the plaintiff, and defendant appeals. Affirmed.
Opinion by McCLELLAN, J.